UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Miranda Lee Lufsky, | No. 24-cv-2530 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Patrick Flanagan, et al., | |
| Defendants. | |

Plaintiff Miranda Lee Lufsky filed this action on June 28, 2024, and filed an amended complaint on August 6, 2024. The named Defendants are several Washington County officials, including several Washington County District Court judges; a Washington County prosecutor, social worker, and guardian ad litem; Washington County public defenders; the Washington County Sheriff; and several officers of the Forest Lake Police Department. Ms. Lufsky's claims arise out of Washington County child-welfare proceedings involving her two children. *In re Welfare of the Children of: Miranda L. Lufsky*, Court File No. 82-JV-23-482 (Washington Cnty. Dist. Ct.).

Currently pending before the Court are the following four motions: (1) Ms. Lufsky's August 6, 2024 Motion for Summary Judgment, ECF 7; (2) the August 27, 2024 Motion to Dismiss filed by Defendants Governor Tim Walz, the Honorable Patrick Flanagan, the Honorable Douglas Meslow, Gemma Kirk, and Susan Drabek ("State Defendants"), ECF 22; (3) the August 28, 2024 Motion to Dismiss filed by Defendants Mark Richert, Jon Glader, Matt Karnes, Nick Kent, and Carson Johnson ("Forest Lake Defendants"), ECF 30;

and (4) the August 29, 2024 Motion to Dismiss filed by Defendants Leigh Yanish, Tricia Loehr, Desiree Marty, Kari Johnson, and Dan Starry ("County Defendants"), ECF 36. Having reviewed the submissions in the record, the Court issues the following Order concerning these pending motions.

1. Plaintiff's Motion for Summary Judgment, ECF 7, is **DENIED WITHOUT PREJUDICE** at this time because it is premature.

2. The following **Briefing Schedule** shall apply to the Defendants' three motions to dismiss.

    a. Plaintiff shall a memorandum of law in response to the motions to dismiss filed by the State Defendants, Forest Lake Defendants, and the County Defendants **on or before October 3, 2024**. Plaintiff may choose to file a single, consolidated memorandum of law in response to all three motions, or she may file a separate response to each motion.

    b. The Defendants shall file their respective replies to the Plaintiff's response(s) to their motions to dismiss **within 21 days after they receive service of the Plaintiff's response(s)**.

    c. Upon receipt of the briefing permitted by this Order, the Court will take the matter under advisement and issue a ruling on the motions to dismiss without a hearing.

**IT IS SO ORDERED**.

Date: September 5, 2024             *s/Katherine Menendez*
                                    Katherine Menendez
                                    United States District Judge